IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CAHABA FORESTS, LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:11-cv-423-WHA |
| ) | (WO) |
| MARY GEORGE EAST HAY, et al., ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

The Defendant's Motion for Partial Summary Judgment (Doc. # 30), filed on September 29, 2011, will be deemed submitted to this Court on October 28, 2011, without oral argument. If either party desires oral argument, such party should so notify the Court and opposing counsel by October 28, 2011. If, after considering the parties' submissions, the Court finds oral argument is necessary, a hearing will be scheduled, and the parties will be notified of the date of the hearing.

Affidavits, briefs, depositions, or other documents which Plaintiff wish to file in opposition to said motion shall be filed on or before October 21, 2011.

Defendants shall have until October 28, 2011, to file any replies it wishes to file.

If a document, including a deposition, is to be considered on the issue of summary judgment, a party shall specifically designate which parts of the document are deemed relevant. The designation of parts of depositions shall be by page and line numbers. No parts of documents not so specifically designated will be considered.

DONE this 30th day of September, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE