IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CAHABA FORESTS, LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:11-cv-423-WHA |
| | )                (WO) |
| MARY GEORGE EAST HAY, et al., | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

Upon consideration of the Defendants' Rule 56(d) Response to Plaintiff's Motion for Summary Judgment (Doc. #32), filed on September 29, 2011, it is hereby

ORDERED that the Plaintiff shall show cause, if any there be, **on or before October 7, 2011**, why the motion should not be granted.  The motion will be taken under submission on that day for determination without oral argument.

DONE this 30th day of September, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE